Bassler (et al., Appellant), *v*. $55,908.14.

Argued September 14, 1971. *Harry Hiscox*, with him *Theodore A. Evans*, and *Rosenn, Jenkins & Greenwald*, for appellant; *B. Todd Maguire*, with him *Ralph J. Johnston*, for appellees.

Judgment affirmed.

JACOBS and HOFFMAN, JJ., would affirm on the opinion of the court below.

Cardell, Appellant, *v*. Western Union Telegraph Company et al.

Argued September 13, 1971. *Edward C. Harkin*, with him *Joseph V. Furlong, Jr.*, and *Tabas, Smith & Furlong*, for appellant; *Norman R. Bradley*, with him *Joseph Neff Ewing, Jr.*, and *Saul, Ewing, Remick & Saul*, for appellee; *Edward B. Joseph*, with him *Kaliner and Joseph*, for appellee.

Order affirmed.

Commander Products Company *v*. Diamond, Appellant.

Submitted September 21, 1971. *William Porter*, and *Pepper and Porter*, for appellant; *Larry H. Slass*, and *Techner, Rubin & Shapiro*, for appellee.

Order affirmed.